**Douglas S. Stanger (DS 5141)**
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue, Ste. 103
Linwood, NJ 08221
Phone: 609-645-1881
Chapter 7 Trustee

Order Filed on January 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Anne L. Deeck,<br><br><br><br>Debtor(s). | CAMDEN VICINAGE<br>Chapter 7<br><br>Case No. 19-12214-JNP<br><br>Honorable Jerrold N. Poslusny, Jr. |

### CONSENT ORDER EXTENDING THE TIME FOR TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS PURSUANT TO §727 OF THE BANKRUPTCY CODE AND TIME TO MOVE FOR A DISMISSAL OR CONVERSION OF THE CASE PURSUANT TO §707 TO May 15, 2020

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: January 31, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7588439 v1

Debtor: Anne L. Deeck
Chapter 7 Case No. 19-12214-JNP
Consent Order Extending the Time for Trustee to file a Complaint Objecting to the Discharge of Debtors pursuant to §727 of the Bankruptcy Code and Time to Move for a Dismissal or Conversion of the case Pursuant to §707 of the Bankruptcy Code to May 15, 2020

---

**THIS MATTER** having been consensually opened to the court and agreed upon by and between Douglas S. Stanger, Chapter 7 Trustee, and John A. Underwood, Esquire, counsel for the Debtor in the above matter, and

**IT APPEARING** that the time to object to Debtor's discharge will expire on February 11, 2020; and

**IT FURTHER APPEARING** that the Debtor's 341(a) Meeting of creditors has not yet occurred before the expiration of deadlines mentioned above and is rescheduled for March 27, 2020, and for other good cause shown;

**IT IS HEREBY ORDERED** that the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code and the time to move for a dismissal or conversion pursuant to §707 is hereby extended to May 15, 2020.

| The form and entry of the within order is hereby acknowledged and agreed to: | Without Objection: |
|---|---|
| UNDERWOOD & MICKLIN | FLASTER/GREENBERG, P.C. |
| JOHN A. UNDERWOOD, ESQUIRE | DOUGLAS S. STANGER, ESQUIRE TRUSTEE |
| Dated: 1/29/20 | Dated: 1/29/20 |

2