**Douglas S. Stanger (DS 5141)**
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue, Ste. 103
Linwood, NJ 08221
Phone: 609-645-1881
Chapter 7 Trustee

Order Filed on January 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: | CAMDEN VICINAGE |
|---|---|
| Anne L. Deeck, | Chapter 7 |
| | Case No. 19-12214-JNP |
| Debtor(s). | Honorable Jerrold N. Poslusny, Jr. |

**CONSENT ORDER EXTENDING THE TIME FOR TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS PURSUANT TO §727 OF THE BANKRUPTCY CODE AND TIME TO MOVE FOR A DISMISSAL OR CONVERSION OF THE CASE PURSUANT TO §707 TO May 15, 2020**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: January 31, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7588439 v1

Debtor: Anne L. Deeck
Chapter 7 Case No. 19-12214-JNP
Consent Order Extending the Time for Trustee to file a Complaint Objecting to the Discharge of Debtors pursuant to §727 of the Bankruptcy Code and Time to Move for a Dismissal or Conversion of the case Pursuant to §707 of the Bankruptcy Code to May 15, 2020

---

**THIS MATTER** having been consensually opened to the court and agreed upon by and between Douglas S. Stanger, Chapter 7 Trustee, and John A. Underwood, Esquire, counsel for the Debtor in the above matter, and

**IT APPEARING** that the time to object to Debtor's discharge will expire on February 11, 2020; and

**IT FURTHER APPEARING** that the Debtor's 341(a) Meeting of creditors has not yet occurred before the expiration of deadlines mentioned above and is rescheduled for March 27, 2020, and for other good cause shown;

**IT IS HEREBY ORDERED** that the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code and the time to move for a dismissal or conversion pursuant to §707 is hereby extended to May 15, 2020.

The form and entry of the within order is hereby acknowledged and agreed to:

UNDERWOOD & MICKLIN

_____
JOHN A. UNDERWOOD, ESQUIRE

Dated: 1/29/20

Without Objection:

FLASTER/GREENBERG, P.C.

_____
DOUGLAS S. STANGER, ESQUIRE
TRUSTEE

Dated: 1/29/20

2

United States Bankruptcy Court
District of New Jersey

In re:  
Anne L. Deeck  
    Debtor

Case No. 19-12214-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 1    Date Rcvd: Jan 31, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.  
db            +Anne L. Deeck,    137 Alliance St,    Woodbury Heights, NJ 08097-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net  
         Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John A. Underwood    on behalf of Debtor Anne L. Deeck johnunderwood@comcast.net, ardithreeve@comcast.net  
         R. A. Lebron    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for METROPOLITAN LIFE INSURANCE COMPANY bankruptcy@feinsuch.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                TOTAL: 7