UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Anne L. Deeck,  
Debtor.

Case No.: 19-12214  
Chapter: 7  
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__DOUGLAS S. STANGER__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
Clerk, U.S. Bankruptcy Court  
401 Market Street  
Camden, NJ  08102

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr__ on __July 7, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 137 Alliance Street, Woodbury Heights, New Jersey  08097  
$205,000.00

Liens on property: Bayview Financial Loan - $222,215.00

Amount of equity claimed as exempt: $1.00

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Trustee for the Estate of Anne L. Deeck  
Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ  08221  
Telephone No.: (609) 645-1881

rev.8/1/15