UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Anne L. Deeck,  
Debtor.

Case No.: 19-12214  
Chapter: 7  
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__DOUGLAS S. STANGER__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
Clerk, U.S. Bankruptcy Court  
401 Market Street  
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr__ on __July 7, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 137 Alliance Street, Woodbury Heights, New Jersey 08097  
$205,000.00

Liens on property: Bayview Financial Loan - $222,215.00

Amount of equity claimed as exempt: $1.00

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Trustee for the Estate of Anne L. Deeck  
Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: (609) 645-1881

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Anne L. Deeck  
    Debtor

Case No. 19-12214-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jun 04, 2020  
                    Form ID: pdf905    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
```
db             +Anne L. Deeck,    1 Travertine Cir,    Savannah, GA 31419-8400
518130123      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518656088      +Denise Carlon Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518006659      +GreenSky Credit,    Attn: Bankruptcy,    Po Box 29429,    Atlanta, GA 30359-0429
518038105      +Greensky, LLC,    1797 Northeast Expressway, Suite 100,    Atlanta, GA 30329-2451
518006660      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
518172619      +LendingClub Corporation,    595 Market Street, Suite 200,    San Francisco, CA 94105-2807
518103476      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
518006666      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2020 23:34:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2020 23:34:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
518179197      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 04 2020 23:35:20
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,    5TH FLOOR, BK DEPT,
                 CORAL GABLES, FL 33146-1873
518006655      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 04 2020 23:35:20
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518006656      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2020 23:32:15     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518170390      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 04 2020 23:43:28
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518006658      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2020 23:34:44     Comenitycapital/ultamc,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518006657       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 04 2020 23:32:13     Chase Card Services,
                 Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
518006661      +E-mail/Text: bk@lendingclub.com Jun 04 2020 23:35:22     LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
518179305       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:01
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic Visa,    POB 41067,
                 Norfolk VA 23541
518162724       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:00
                 Portfolio Recovery Associates, LLC,    c/o Home Design,    POB 41067,    Norfolk VA 23541
518162742       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:01
                 Portfolio Recovery Associates, LLC,    c/o Sams Club Mastercard,    POB 41067,
                 Norfolk VA 23541
518179258       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:20
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
518164832       E-mail/Text: bnc-quantum@quantum3group.com Jun 04 2020 23:34:49
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
518006662      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 23:32:09     Syncb/home Design Ami,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518007780      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 23:31:48     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518006663      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 23:32:08     Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518006664      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 23:32:09     Synchrony Bank/Sams Club,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518006665      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2020 23:31:48     Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 19
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Jun 04, 2020
                               Form ID: pdf905          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for
               METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John A. Underwood     on behalf of Debtor Anne L. Deeck johnunderwood@comcast.net,
               Ardith@southjerseylawyers.com
              R. A. Lebron     on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for METROPOLITAN
               LIFE INSURANCE COMPANY bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```