UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-12214 |
| Anne L. Deeck, | Chapter: | 7 |
| Debtor. | Judge: | JNP |

## NOTICE OF PROPOSED ABANDONMENT

____DOUGLAS S. STANGER____, ____Trustee____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable ____Jerrold N. Poslusny, Jr____ on ____July 7, 2020____ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   137 Alliance Street, Woodbury Heights, New Jersey 08097
$205,000.00

Liens on property:   Bayview Financial Loan - $222,215.00

Amount of equity claimed as exempt: $1.00

Objections must be served on, and requests for additional information directed to:

Name:   Douglas S. Stanger, Trustee for the Estate of Anne L. Deeck
Address:   646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: (609) 645-1881

rev.8/1/15

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                              Case No. 19-12214-JNP
Anne L. Deeck                                                       Chapter 7
        Debtor

                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jun 08, 2020
                              Form ID: pdf905          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2020.
db             +Anne L. Deeck,   1 Travertine Cir,   Savannah, GA 31419-8400
518130123      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518656088      +Denise Carlon Esquire,    KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518006659      +GreenSky Credit,    Attn: Bankruptcy,   Po Box 29429,   Atlanta, GA 30359-0429
518038105      +Greensky, LLC,   1797 Northeast Expressway, Suite 100,    Atlanta, GA 30329-2451
518006660      +KML Law Group, PC,    216 Haddon Ave, Ste 406,   Westmont, NJ 08108-2812
518172619      +LendingClub Corporation,    595 Market Street, Suite 200,    San Francisco, CA 94105-2807
518103476      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,   Raleigh NC 27605-1000
518006666      +Wells Fargo Dealer Services,    Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2020 00:08:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2020 00:08:10      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518179197      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 09 2020 00:08:42
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,   5TH FLOOR, BK DEPT,
                 CORAL GABLES, FL 33146-1873
518006655      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 09 2020 00:08:42
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518006656      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2020 00:14:55      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518170390      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2020 00:16:44
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518006658      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 09 2020 00:07:55      Comenitycapital/ultamc,
                 Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
518006657       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 09 2020 00:16:25      Chase Card Services,
                 Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850
518006661      +E-mail/Text: bk@lendingclub.com Jun 09 2020 00:08:44      LendingClub,   Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
518179305       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 00:15:49
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic Visa,   POB 41067,
                 Norfolk VA 23541
518162724       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 00:15:51
                 Portfolio Recovery Associates, LLC,    c/o Home Design,   POB 41067,   Norfolk VA 23541
518162742       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 00:15:46
                 Portfolio Recovery Associates, LLC,    c/o Sams Club Mastercard,   POB 41067,
                 Norfolk VA 23541
518179258       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 00:16:36
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
518164832       E-mail/Text: bnc-quantum@quantum3group.com Jun 09 2020 00:08:03
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
518006662      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 00:16:20      Syncb/home Design Ami,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
518007780      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 00:16:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518006663      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 00:16:16      Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
518006664      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 00:14:40      Synchrony Bank/Sams Club,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
518006665      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 00:15:28      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 08, 2020
                              Form ID: pdf905          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for
               METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John A. Underwood    on behalf of Debtor Anne L. Deeck johnunderwood@comcast.net,
               Ardith@southjerseylawyers.com
              R. A. Lebron    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for METROPOLITAN
               LIFE INSURANCE COMPANY bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```